```
                          United States Bankruptcy Court
                            Middle District of Tennessee
In re:                                                              Case No. 18-02808-RSM
Angela Grace Jones                                                  Chapter 13
         Debtor              CERTIFICATE OF NOTICE
```

District/off: 0650-3     User: slw0703          Page 1 of 1           Date Rcvd: Jan 28, 2020
                         Form ID: pdf001        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.
db             +Angela Grace Jones,   1060 Kennesaw Blvd,   #4324,   Gallatin, TN 37066-7213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: Chad.Jackson@Covance.com Jan 29 2020 02:03:25     Covance Inc,   ATTN PAYROLL,
                3301 KINSMAN BLVD,   MADISON, WI 53704-2523
                                                                                            TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:
              CHRISTOPHER MARK KERNEY    on behalf of Debtor Angela Grace Jones chris@kerneylaw.com,
               kimberly@kerneylaw.com,june@kerneylaw.com,ccronk@kerneylaw.com
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                            TOTAL: 3

*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 1/28/2020



IN THE UNITED STATES BANKRUPTCY COURT   JJW
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                  CASE NO. 18-02808-RM3-13
ANGELA GRACE JONES                      01/28/2020
1060 KENNESAW BLVD 4324
GALLATIN, TN  37066

SSN XXX-XX-4643

**AMENDED**

---

## ORDER TO PAY TRUSTEE

---

    The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy Code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.
    IT IS ORDERED that until further order of this court, the entity from whom the debtor receives income:

        **COVANCE INC**
        **ATTN: PAYROLL**
        **3301 KINSMAN BLVD**
        **MADISON, WI  53704**

shall deduct **$564.00 BI-WEEKLY** beginning on the next pay period following receipt of this order and deduct same amount each pay period thereafter including any period for which the debtor receives a lump sum payment as a result of vacation, termination, longevity, merit bonuses or other benefits arising from present or past employment and remit the deductible amount to the Trustee at least monthly.

| **MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:**<br><br>**CHAPTER 13 TRUSTEE**<br>**P O BOX 340019**<br>**NASHVILLE, TN  37203** | **PLEASE INCLUDE ON ALL PAYMENTS:**<br><br>**NAME: ANGELA GRACE JONES**<br>**CASE NUMBER: 318-02808** | **FOR INQUIRIES:**<br><br>**PHONE: 615-244-1101**<br>        **800-231-5928**<br>**FAX:   615-242-3241** |
|---|---|---|

    IT IS FURTHER ORDERED that the entity from whom the debtor receives income shall notify the Trustee in writing, if the debtor's income is terminated and the reason therefore.
    IT IS FURTHER ORDERED that all income of the debtor, including monthly commission checks, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues, be paid in accordance with usual payment procedures.
    IT IS FURTHER ORDERED that no deductions on account of any garnishment, wage assignment, child support, alimony payment, credit union, or other purpose not specifically authorized by this Court shall be made from the income of the debtor.
    IT IS FURTHER ORDERED that this order supersedes all previous orders received by the above-referenced entity in this case.  Failure to comply with the provisions of this order may result in a motion for contempt.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP
OF THE FIRST PAGE.

cc:  ANGELA GRACE JONES
      CHRISTOPHER M KERNEY
      COVANCE INC